**David C. KORTE, Movant,**

**v.**

**KENTUCKY BAR ASSOCIATION, Respondent.**

**No. 94–SC–79–KB.**

Supreme Court of Kentucky.

April 21, 1994.

### ORDER

On recommendation of the Board of Governors of the Kentucky Bar Association, and it appearing that all requirements of SCR 3.500(1) have been met, the application of David C. Korte for reinstatement to the practice of law in the Commonwealth of Kentucky is hereby granted.

Mr. Korte shall pay the costs incurred by the Kentucky Bar Association in the processing of the application.

All sitting. All concur.

ENTERED: April 21, 1994.

/s/ Robert F. Stephens
ROBERT F. STEPHENS,
CHIEF JUSTICE